| | |
|---|---|
| 1 | LAW OFFICE OF ALEX R. KESSEL |
| | ALEX R. KESSEL, ESQ. (SBN 110715) |
| 2 | 16000 Ventura Blvd. |
| | Penthouse, Suite 1208 |
| 3 | Encino, California 91436 |
| | Telephone: 818-995-1422 |
| 4 | Fax: 818-788-9408 |
| | Email: kessellaw@sbcglobal.net |
| 5 | |
| 6 | Attorney for **Claimant Kap S. Sims** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 08-CV-5023 ~~WSA~~ WHA |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| vs. | |
| APPROXIMATELY $ 57,378 IN UNITED STATES CURRENCY | Date: February 12, 2009<br>Time: 11:00 a.m.<br>Place: Courtroom of Honorable William Alsup, U.S. District Court Judge |
| Defendant. | |
| KAP S. SIMS, | |
| Claimant. | |

The parties stipulate, subject to the Court's approval, that the Case Management Conference date for defendants Claimant be continued until after the Court determines whether the instant case is related to *United States v. Earl Harrel Sims, II*, 08-CR-0443 MMC, filed on July 8, 2008, on the basis that both this case and the criminal case arise out of the same operative facts. Counsel in the criminal case are in the process of negotiating a plea agreement that would potentially settle the civil forfeiture action. After the Court determines

///

1

whether to relate the cases, the parties intend to request the Court to stay the civil action based on 18 U.S.C. § 981(g).

**IT IS SO STIPULATED:**

DATED: February 11, 2009

_____
ALEX R. KESSEL
Attorney for Claimant Kap S. Sims

DATED: February 11, 2009

_____
PATRICIA J. KENNEY
Assistant United States
Attorney for UNITED STATES OF AMERICA

**IT IS SO ORDERED:**

_____
HONORABLE WILLIAM A. ALSUP
United States District Judge

ORDER

The case management conference is CONTINUED to February 26, 2009, at 3:00 p.m.

Dated: February 12, 2009.

APPROVED
Judge William Alsup

Stip & Order
No. 08-5023

2