1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney
5
     450 Golden Gate Avenue
6    San Francisco, CA 94102
     Telephone: 415.436.6857
7    Facsimile:  415.436.7234
     Email: patricia.kenney@usdoj.gov
8
   Attorneys for United States of America
9
                       UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11
                           SAN FRANCISCO DIVISION
12
   UNITED STATES OF AMERICA,            )
13                                       )    No. 08-5023 WHA
                   Plaintiff,            )
14                                       )
              v.                         )
15                                       )    STIPULATION AND ORDER
   APPROXIMATELY $57,378 IN UNITED       )    CONTINUING CMC
16 STATES CURRENCY,                      )
                                         )
17                 Defendant.            )
                                         )
18 ─────────────────────────────────     )
   KAP S. SIMS,                          )
19                                       )
                   Claimant.             )
20                                       )

21

22     For reasons explained below, the parties agree, subject to the Court's approval, that the
23 case management conference be rescheduled after the court has ruled on the related case issue.
24 *See* Notice of Related Cases, filed February 11, 2009.
25     By order entered February 12, the Court rescheduled the case management conference for
26 February 26, 2009. The undersigned Assistant United States Attorney, however, will be in South
27 Carolina on business from February 23 through February 27, 2009, which was scheduled several
28 months ago. Counsel for claimant has graciously agreed to accommodate the undersigned's

schedule by either taking the CMC temporarily off calendar or by rescheduling to the afternoon of March 5, 2009. Counsel for claimant is unavailable in the morning of March 5.

Under Federal Rules of Civil Procedure Rule 1, courts are to required to consider whether their actions will result in the "just, speedy, and inexpensive determination of every action and proceeding." If the cases are determined to be related, the court's general practice is to vacate all of the previously assigned judge's prior scheduling orders in an accommodation to the schedule of the newly assigned judge. If the court determines that the civil and criminal cases are related, then all previously scheduled matters will be taken off calendar and rescheduled. A primary purpose of the CMC is to set a schedule in a given case.

By rescheduling the CMC after the resolution of the related case issue and after the court and parties know whether all matters will be rescheduled, then expenses to claimant Sims' – who is not a wealthy woman – from the hours her counsel has to spend traveling from southern California and participating in a CMC may be saved as well as conserving the Court's and counsels resources.

IT IS SO STIPULATED:

Dated: February 12, 2009

JOSEPH P. RUSSONIELLO
United States Attorney

PATRICIA J. KENNEY
Assistant United States Attorney
Attorney for the United States

Dated: February 12, 2009

LAW OFFICES OF ALEX KESSEL

ALEX KESSEL
Attorney for Claimant Kap S. Sims

~~PURSUANT TO THE FOREGOING STIPULATION IT IS SO ORDERED ON THIS~~ _____
~~DAY OF_____, 2009~~ The case management conference is CONTINUED to 3/5/2009 at 3:00 p.m.

Dated: 2/17/2009.

HONORABLE WILLIAM S. ALSUP
United States District Judge

APPROVED
Judge William Alsup

Stip & Order
No. 08-5023 WHA            2