IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>APPROXIMATELY $57,378 IN UNITED STATES CURRENCY,<br><br>      Defendant<br>_____<br><br>KAP SUK SIMS,<br><br>      Claimant<br>_____/ | No. C-08-5023 MMC<br><br>**ORDER LIFTING STAY OF PROCEEDINGS; SETTING CASE MANAGEMENT CONFERENCE** |

      By order filed February 24, 2009, the above-titled action was stayed in light of then-ongoing proceedings in <u>United States v. Sims</u>, No. CR 8-0443. Because judgment in such criminal case was entered October 8, 2009, the Court finds it appropriate to lift the stay and to set a case management conference.

      Accordingly, the stay of proceedings is hereby LIFTED, and the parties shall appear for a Case Management Conference to be conducted March 19, 2010, at 10:30 a.m. A Joint Case Management Statement shall be filed no later than March 12, 2010.

      **IT IS SO ORDERED.**

Dated: January 12, 2010

                                        MAXINE M. CHESNEY
                                        United States District Judge