IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br> v.<br>EARL HARRELL SIMS, II<br>    Defendant.<br>_____<br>KAP SUK SIMS,<br>    Petitioner.<br>_____ | No. CR 08-0443 MMC |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br> v.<br>APPROXIMATELY $57,378 IN UNITED STATES CURRENCY,<br>    Defendant.<br>_____<br>KAP S. SIMS,<br>    Claimant.<br>_____/ | No. C 08-5023 MMC<br><br>**ORDER DIRECTING APPEARANCE OF CLAIMANT'S COUNSEL OF RECORD** |

The Court is in receipt of the Separate Case Management Statement of the United States, filed March 16, 2010, by which counsel for the United States has informed the Court that Alex Kessel, counsel of record for claimant Kap Suk Sims in Civil Case No. 08-5023, seeks to withdraw as counsel.

To date, no motion to withdraw has been filed, let alone granted, and no stipulation for substitution has been filed.

Accordingly, claimant's counsel is hereby ORDERED to appear on Friday, March 19, 2010, at 10:30 a.m. at the Case Management Conference scheduled in said case.

**IT IS SO ORDERED.**

Dated: March 17, 2010

MAXINE M. CHESNEY
United States District Judge