**ALEX R. KESSEL (State Bar No. 110715)**
16542 Ventura Blvd.
Suite 305
Encino, California 91436-2746
Telephone: (818) 995-1422
Facsimile: (818) 788-9408
Email: kessellaw@sbcglobal.net

Attorney for Claimant Kap S. Sims

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: CV 08-5023-MMC |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER FOR TELEPHONIC APPEARANCE |
| APPROXIMATELY $57,378 IN UNITED SATES CURRENCY, | |
| Defendant. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the counsel, Alex R. Kessel is permitted to appear telephonically at the case management conference on March 19, 2010 at 10:30am, or as soon thereafter as the Court's calendar will permit.

Dated: March 18, 2010

*Maxine M. Chesney*
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

1