**ALEX R. KESSEL (State Bar No. 110715)**
16542 Ventura Blvd.
Suite 305
Encino, California 91436-2746
Telephone: (818) 995-1422
Facsimile: (818) 788-9408
Email: kessellaw@sbcglobal.net

Attorney for Claimant Kap S. Sims

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>APPROXIMATELY $57,378 IN UNITED SATES CURRENCY,<br><br>Defendant. | CASE NO.: CV 08-5023-MMC<br><br>~~[PROPOSED] ORDER FOR TELEPHONIC APPEARANCE~~<br><br>ORDER GRANTING APPLICATION TO WITHDRAW |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the counsel, Alex R. Kessel is relieved as attorney of record in the instant matter.

Dated: March 19, 2010

HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

1