1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney
5
       450 Golden Gate Avenue
6      San Francisco, CA 94102
       Telephone: 415.436.6857
7      Facsimile:  415.436.7234
       Email: patricia.kenney@usdoj.gov
8
   Attorneys for United States of America
9

**Request Untimely**
**DENIED**
*Maxine M. Chesney*
Judge Maxine M. Chesney
August 25, 2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　　v.<br>EARL HARRELL SIMS, II<br>　　　　　　Defendant | No. 08-CR-0443 MMC<br><br>REQUEST TO RESCHEDULE TELEPHONIC CASE MANAGEMENT CONFERENCE AND SUPPLEMENTAL CASE MANAGEMENT STATEMENT<br><br>Date:　TBD<br>Time:　10:30 a.m.<br>Place:　Courtroom 9<br>　　　　450 Golden Gate Avenue<br>　　　　San Francisco, CA 94102 |
| KAP SUK SIMS,<br><br>　　　　　　Petitioner, | |
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　　v.<br>APPROXIMATELY $57,378 IN UNITED STATES CURRENCY,<br>　　　　　　Defendant. | No. 08-CV-5023 MMC<br><br>REQUEST TO RESCHEDULE TELEPHONIC CASE MANAGEMENT CONFERENCE AND SUPPLEMENTAL CASE MANAGEMENT STATEMENT<br><br>Date:　TBD<br>Time:　10:30 a.m.<br>Place:　Courtroom 9<br>　　　　450 Golden Gate Avenue<br>　　　　San Francisco, CA 94102 |
| KAP S. SIMS,<br><br>　　　　　　Claimant. | |