IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>APPROXIMATELY $57,378 IN UNITED STATES CURRENCY,<br><br>    Defendant. | No. C 08-5023 MMC<br><br>**ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFF'S MOTION FOR PROTECTIVE ORDER** |

   Pursuant to Civil Local Rule 72-1, plaintiff's Motion for Protective Order, filed September 17, 2010, and all further discovery matters, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

   The parties will be advised of the date, time and place of the next appearance, if any, by notice from the assigned Magistrate Judge's chambers.

   The October 15, 2010 hearing before the undersigned is VACATED.

   **IT IS SO ORDERED**.

Dated:  September 20, 2010

                                             MAXINE M. CHESNEY
                                             United States District Judge