UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff(s),<br><br>     v.<br><br>APPROXIMATELY $57,378 IN<br>UNITED STATES CURRENCY,<br><br>           Defendant(s). | No. C08-5023 MMC (BZ)<br><br>**FIRST DISCOVERY ORDER** |

Having received claimant Kap Suk Sims' motion for a protective order (Doc. No. 34), **IT IS ORDERED** as follows:

   1.   If the Government wishes to oppose claimant's motion, it shall file an opposition by **September 30, 2010**. The Government shall address: (a) whether the claimant's deposition can be taken in Georgia, by an Assistant United States Attorney from Georgia, and (b) if not, whether claimant's deposition can be taken by video conference or telephone.  See Rule 30(b)(4).

   2.   The claimant shall file a reply by **October 7, 2010.**

Dated: September 24, 2010

                                  _____
                                  Bernard Zimmerman
                                  United States Magistrate Judge

G:\BZALL\-REFS\USA V. APPROX $57,378\DISC 1 ORD.wpd

1