MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

   450 Golden Gate Avenue
   San Francisco, CA 94102
   Telephone: 415.436.6857
   Facsimile:  415.436.7234
   Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                Plaintiff,<br>      v.<br>EARL HARREL SIMS, II,<br>                Defendant.<br><br>KAP SUK SIMS,<br>                Petitioner. | No. 08-CR-0443 MMC<br><br>SEALING ORDER RE: KAP SIMS'S TAX RETURNS |
| UNITED STATES OF AMERICA,<br>                Plaintiff,<br>      v.<br>APPROXIMATELY $57,378 IN UNITED STATES CURRENCY,<br>                Defendant.<br><br>KAP S. SIMS,<br>                Claimant. | No. 08-CV-5023 MMC<br><br>SEALING ORDER RE: KAP SIMS'S TAX RETURNS |

1   UPON CONSIDERATION OF the United States administrative motion to file under seal
2 copies of Kap Sims tax returns which are exhibits numbered 12-19 and 21-26 to her December 15,
3 2010 deposition, the entire record and for good cause shown, it is by the Court on this __21__ day
4 of June, 2011,

5   ORDERED that the United States's motion be, and hereby is, GRANTED; and it is further

6   ORDERED that Kap Sims tax returns which are exhibits numbered 12-19 and 21-26 to her
7 December 15, 2010 deposition shall be filed under seal until further order of the Court.

_____
HONORABLE MAXINE M. CHESNEY
United States District Judge

Sealing Order Re:
Kap Sims's Tax Returns
No. 08-CR-0443 MMC
No. 08-CV-5023 MMC                        2