1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2
   MIRANDA KANE (CSBN 150630)
3  Chief, Criminal Division

4  PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney
5
        450 Golden Gate Avenue
6       San Francisco, CA 94102
        Telephone: 415.436.6857
7       Facsimile:   415.436.7234
        Email: patricia.kenney@usdoj.gov
8
   Attorneys for United States of America
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA,          )      No. 08-CR-0443 MMC
14                                    )
                  Plaintiff,          )      ~~PROPOSED~~
15        v.                          )      ORDER RE: ADMINISTRATIVE
                                      )      MOTION OF THE UNITED STATES
16 EARL HARREL SIMS, II,              )
                                      )
17                Defendant.          )
                                      )
18 ─────────────────────────────      )
   KAP SUK SIMS,                      )
19                                    )
                  Petitioner.         )
20                                    )
   ─────────────────────────────      )
21 UNITED STATES OF AMERICA,          )      No. 08-CV-5023 MMC
                                      )
22                Plaintiff,          )      ~~PROPOSED~~
          v.                          )      ORDER RE: ADMINISTRATIVE
23                                    )      MOTION OF THE UNITED STATES
   APPROXIMATELY $57,378 IN UNITED    )
24 STATES CURRENCY,                   )
                                      )
25                Defendant.          )
                                      )
26 ─────────────────────────────      )
   KAP S. SIMS,                       )
27                                    )
                  Claimant.           )
28                                    )

1  UPON CONSIDERATION of the July 21, 2011 Administrative Motion of the United States,
2  the entire record, and for good cause shown, it is by the Court on this __21st__ day of July, 2011
3  ORDERED that the reply of the United States in support of its dispositive motion be and
4  hereby is due on or before August 5, 2011 and the hearing on this motion is rescheduled for August
5  19, 2011; and it is further
6  ORDERED that the Clerk shall allow a representative of the Office of the United States
7  Attorney access to copy the "Opposition Motion for Answering" of Kap Sims which the Court
8  ordered to be filed under seal in its July 21, 2011 order.

_____
THE HONORABLE MAXINE M. CHESNEY
United States District Judge

US Admin. Mot. to Extend Time
and Obtain Access to Sealed Opp.
No. 08-CR-0443 MMC
No. 08-CV-5023 MMC                  2