IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>EARL HARREL SIMS, II,<br><br>    Defendant.<br>_____/<br>KAP SUK SIMS,<br><br>    Petitioner<br>_____/<br>UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>APPROXIMATELY $57,378.00 IN UNITED STATES CURRENCY,<br><br>    Defendant.<br>_____/<br>KAP SUK SIMS,<br><br>    Claimant.<br>_____/ | No. CR 8-0443 MMC<br><br><br><br><br><br>**ORDER DIRECTING CLERK TO FILE CERTIFICATE OF SERVICE AND ATTACHED DOCUMENTS UNDER SEAL**<br><br>No. C 08-5023 MMC |

Before the Court is petitioner and claimant Kap Suk Sims' ("Sims") "Certificate of Service," filed July 27, 2011 (hereafter, "Certificate"). Sims is hereby ADVISED that her

1  Certificate does not show she served the opposing party in accordance with Rule 5 of the
2  Federal Rules of Civil Procedure.  To constitute proper service, she must also serve <u>the
3  United States Attorney</u> with a copy of any document she files with the Clerk of Court.
4  Nevertheless, in the interest of judicial economy, the Court will not require further service of
5  the documents filed by Sims to date.  Any future filings, however, must comply with Rule 5
6  as set forth above.

7  Further, the Court hereby DIRECTS the Clerk to file the Certificate and attached
8  documents under seal, as the attached documents consist of materials ordered sealed by
9  the Court on July 21, 2011.[1]  The Clerk shall allow a representative of the Office of the
10  United States Attorney to review and copy the Certificate, as well as the attached
11  documents.

13  **IT IS SO ORDERED.**

15  Dated: July 29, 2011

MAXINE M. CHESNEY
United States District Judge

---

[1] Although the attached documents also include a declaration by Sims, as well as attachments thereto, which documents, on an earlier date, were electronically filed in the public record (<u>see</u> Case No.  C 08-5023, Doc. No. 59), the Court deems it preferable to retain the entirety of the filing intact.