IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>APPROXIMATELY $57,378.00 IN UNITED STATES CURRENCY,<br><br>　　　　Defendant.<br>_____/<br>KAP SUK SIMS,<br><br>　　　　Claimant.<br>_____/ | No. CV-08-5023 MMC<br><br>**JUDGMENT IN A CIVIL CASE** |

　　**(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

　　**IT IS SO ORDERED AND ADJUDGED** the Court finds the defendant currency is subject to forfeiture in the amount of $57,378, together with any interest earned thereon since the time of its seizure.

Dated: September 5, 2012

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk